# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**EDWARD L. BASKIN,**

    **Plaintiff,**

**v.**                                                                              **Case No. 1:21-cv-119-AW-GRJ**

**JOHN DOE, UF LAW SCHOOL**
**LIBRARIAN,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's August 17, 2021 Report and Recommendation, ECF No. 7, to which there has been no objection. I now adopt the Report and Recommendation and incorporate it into this order. The motion to proceed IFP (ECF No. 5) is DENIED. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed with prejudice as frivolous." The clerk will then close the file.

SO ORDERED on October 4, 2021.

                                                    s/ *Allen Winsor*
                                                    United States District Judge